PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Levi Wayne Challenger

Cr.: 13-00023-001
PACTS #: 61398

Name of Sentencing Judicial Officer: THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/06/2013

Original Offense: Felon in Possession of a Firearm

Original Sentence: 70 months imprisonment, 2 years supervised release; $100 Special Assessment

Special Conditions: None

Type of Supervision: Supervised Release    Date Supervision Commenced: 06/28/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender violated the standard condition which states "You shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances." |
| | During a home visit on November 2, 2016, a urine sample was requested from the offender, which tested positive for marijuana via a 10-panel instant test. The offender verbally admitted to use on October 22, 2016, and signed a Drug Admission Form. |

U.S. Probation Officer Action:

This is the offender's first act of noncompliance. He was verbally admonished for his actions and informed that the Court would be notified of this noncompliance. Further, he was warned that any future positive urinalysis would result in increased sanctions and/or violation proceedings. If Your Honor approves, the probation office will increase urine monitoring for illicit drug use detection and requests that this document be used as an official judicial reprimand.

Prob 12A – page 2
Levi Wayne Challenger

Respectfully submitted,

*Gisella M. Bassolino*
2016.11.11
09:09:43 -05'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 11/11/2016

The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/15/16
_____
Date